UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FREDDIE MARSALIS (#451967)

VERSUS                                                         CIVIL ACTION

DR. RANDY LAVESPERE, ET AL.                                    NO. 15-271-JWD-SCR

**RULING ON MOTION TO STAY PROCEEDINGS**

Before the Court is the plaintiff's Motion to Stay Proceedings [Due] to Serious Medical Complications (R. Doc. 24). Plaintiff alleged that he was diagnosed with "C6 cervical myelopathy" in June 2015, that his condition has progressed such that he has "lost all feelings in his fingers, hands, arms, legs, back, shoulders and neck," and that surgery was scheduled in October 2015, but was re-scheduled to allow for further diagnostic testing. Plaintiff alleged that after surgery, he will not be able to walk or write for an extended period of time, that he does not have any assistance, and that he does not have copies of his medical records.

After a review of the record, the Court finds that the plaintiff has not shown that he is entitled to the relief requested. There is no documentation in the record showing or suggesting that the plaintiff has been scheduled for surgery, and the plaintiff did not advise the Court as to whether he has been re-scheduled for surgery or if so when. Plaintiff filed numerous motions, and these filings belie his assertion that he is prevented

from litigating this matter because of his medical condition. Although the plaintiff stated that he does not have copies of his medical documentation, the record shows that certified copies of his medical records and pertinent administrative remedy proceedings were filed into the record and provided to the plaintiff as exhibits to the defendants' pending Motion for Partial Summary Judgment. *See* R. Doc. 12. Finally, the plaintiff's medical records include references to the opinions of medical providers that the plaintiff has been malingering or exaggerating his complaints, and that he "just wants [a] paper trail for [a] lawsuit." *See, e.g.,* R. Doc. 16-23 at p. 8. On the record before the Court, the plaintiff is not entitled to the relief requested.

Notwithstanding the foregoing, considering that the plaintiff's medical records were filed into this proceeding in July 2015, and considering the plaintiff's assertions in this motion that he has since been scheduled for surgery and has suffered serious deterioration of his condition, the plaintiff may submit recent medical records that support his contentions.

Accordingly, the plaintiff's Motion to Stay Proceedings [Due] to Serious Medical Complications is DENIED, without prejudice to reconsideration based on information in recent medical records.

Baton Rouge, Louisiana, December 2, 2015.

*(signature)*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE