UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FREDDIE MARSALIS (#451967)

VERSUS                                        CIVIL ACTION

DR. RANDY LAVESPERE, ET AL.                   NO. 15-271-JWD-SCR

## RULING ON MOTION TO COMPEL DISCOVERY

Before the Court is the plaintiff's Motion to Compel In[i]tial Discovery (R. Doc. 25).

Plaintiff seeks to compel the defendants to provide "initial discovery," specifically all documentation "dealing with everything involved in the lawsuit."

Plaintiff is not entitled to the relief requested.  Although Rule 26(a)(1)(A), Fed.R.Civ.P., and the Local Rules of this Court provide that a party must generally provide certain discovery materials - called "disclosures" - to the opposing party without court order, Rule 26 specifically exempts from this requirement "action[s] brought without an attorney by a person in the custody of ... a state."  Rule 26(a)(1)(B)(iv).  Defendants have no obligation to provide Rule 26 disclosures to the plaintiff.  In addition, all parties are required to file their discovery requests and responses in the record.  The record does not reflect that the plaintiff propounded any written discovery requests to the defendant.  Furthermore,  the Court notes that the defendants provided the plaintiff with certified copies of his medical records

and pertinent administrative remedy proceedings as exhibits to the defendants' pending Motion for Partial Summary Judgment.  *See* R. Doc.

Accordingly, the plaintiff's Motion to Compel In[i]tial Discovery is DENIED.

Baton Rouge, Louisiana, December 2, 2015.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE