UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FREDDIE MARSALIS #451967** | : | CIVIL ACTION |
| | : | NO. 15-271-JWD-EWD |
| **VERSUS** | | |
| | : | JUDGE JOHN W. deGRAVELLES |
| **RANDY LAVESPERE, ET AL.** | : | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

## MOTION FOR PARTIAL SUMMARY JUDGMENT ON BEHALF OF WARDEN BURL CAIN AND STEPHANIE LAMARTINIERE

**NOW INTO COURT,** through undersigned counsel, come defendants, Warden Burl Cain and Assistant Warden Stephanie Lamartiniere, who move this Honorable Court to grant them summary judgment pursuant to FRCP Rule 56 on the following grounds:

1.

Plaintiff filed suit pursuant to 42 U.S.C. § 1983 alleging deliberate medical indifference, implementation and enforcement of unconstitutional policies, delegation of health care decisions to unqualified personnel and denial of administrative remedy grievance.[1]

2.

Plaintiff's amended complaint fails to state a claim against them for a violation of his civil rights.

3.

The amended complaint also fails to state a claim upon which relief can be granted since the defendants should be entitled to qualified immunity.

---

[1] Rec. Docs. 1, 20 and 28.

1

4.

The defendants are protected by 11th Amendment immunity.

5.

Warden Cain and Assistant Warden Lamartiniere are not "persons" for the purposes of 42 U.S.C. §1983 liability on the claims asserted against them in their official capacities.

6.

Plaintiff failed to exhaust administrative remedies on any claims asserted against Warden Cain before filing suit in accordance with 42 U.S.C. § 1997(e). He also failed to exhaust administrative remedies on the claim of implementation and enforcement of unconstitutional policies.

7.

As shown from the pleadings, the attached exhibits and Statement of Undisputed Facts, there are no genuine issues of material fact.

8.

Warden Cain and Assistant Warden Lamartiniere should be entitled to judgment in their favor as a matter of law.

**WHEREFORE,** Warden Burl Cain and Assistant Warden Stephanie Lamartiniere, pray that this Motion be granted and this action against them be dismissed with prejudice at plaintiff's cost.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   s/ Stacey Johnson
      Stacey Johnson
      Bar Roll No. 27331

Assistant Attorney General

Louisiana Dept. of Justice
Litigation Division
1885 N. 3rd Street, 4th Floor
P.O. Box 94005
Baton Rouge, LA 70802
Telephone: (225) 326-6402
Facsimile: (225) 326-6495
Johnsonst@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. I also certify that I have mailed by United States Postal Service, Certified Mail Return Receipt No. 7014 1200 0002 0919 2077, this filing to the following non-CM/ECF participant:

Freddie Marsalis #451967
Louisiana State Penitentiary
Angola, Louisiana 70712

        s/ Stacey Johnson
        Stacey Johnson # 27331
        Attorney for Defendants